**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE SILVA,

                Plaintiff,

      v.

VICTORIA'S SECRET STORES, LLC,

                Defendant.

20-CV-9745 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court understands that a mediation conference was held on September 13, 2021. No later than October 28, 2021, the parties are directed to submit a joint status update.

SO ORDERED.

Dated:    October 14, 2021
          New York, New York

                          Ronnie Abrams
                          United States District Judge