```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| YVONNE SILVA, individually and on behalf of all others similarly situated, | 20-cv-9745 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| VICTORIA'S SECRET STORES, LLC, | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The parties should submit a Rule 26(f) report by 1/7/22.

SO ORDERED.

Dated: New York, New York
       December 21, 2021

                                    _____
                                        John G. Koeltl
                                   United States District Judge