UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YNONNE SILVA, individually and
on behalf of all others similarly situated,

                Plaintiff,                    20-CV-9745 (JGK)

              - against -

VICTORIA'S SECRETS STORES, LLC,

                Defendant.
------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Yvonne Silva and Defendant Victoria's Secret Stores, LLC hereby stipulate to the dismissal of the above-captioned action with prejudice. All rights to appeal are hereby waived. Except as otherwise agreed in writing, each party will bear their own expenses and attorneys' fees.

Respectfully submitted this 14th day of January, 2022.

| **PLAINTIFF YVONNE SILVA** | **DEFENDANT VICTORIA'S SECRET STORES, LLC** |
|---|---|
| By her attorneys, | By its attorneys, |
| _____ | _____ |
| Bouklas Gaylord LLP | Joseph J. Saltarelli |
| 357 Veterans Memorial Highway | 200 Park Avenue |
| Commack, NY 11725 | New York, NY 10166 |
| | (212) 309-1000 |
| | jsaltarelli@HuntonAK.com |
| | |
| | Kevin J. White (*Pro Hac Vice*) |
| | 2200 Pennsylvania Avenue, NW |
| | Washington, DC 20037 |
| | (202) 955-1886 |
| | kwhite@HuntonAK.com |

SO ORDERED:
_____
U.S.D.J.  1/14/22

1

Ryan A. Glasgow (*Pro Hac Vice*)
Tyler Laughinghouse (*Pro Hac Vice*)
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8200
rglasgow@HuntonAK.com
tlaughinghouse@HuntonAK.com

*Attorneys for Victoria's Secret Stores, LLC*

2